IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Andree Taylor – #226117

                                                      /

No. C 12-80255 WHA

**ORDER OF SUSPENSION**

     Because Andree Taylor has failed to respond to the order to show cause, Mr. Taylor's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE